UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

JAMES C. MCKAY, *on behalf of himself and others similarly situated*, *et al.*,

    Plaintiffs,

v.

LAVERN HUELSMANN, *doing business as* Senior Retirement Services, *et al.*,

    Defendants.

Case No. 11-cv-235-JPG-SCW

## MEMORANDUM AND ORDER

This matter comes before the Court on its own initiative for purposes of case management. Specifically, the Court is concerned with Plaintiffs' failure to respond to Defendant FCB New Baden Bank's Motion to Dismiss (Doc. 11) and Memorandum (Doc. 12) in support thereof.

Pursuant to Local Rule 7.1(c), Plaintiffs' response was due thirty days after said motion was served, but thirty days have passed and Plaintiffs have not responded.[1] The Court may, in its discretion, construe a party's failure to file a timely response as an admission of the merits of the motion. S.D. Ill. L. R. 7.1(c).

Being fully advised of the premises, the Court hereby **ORDERS** Plaintiffs to **SHOW CAUSE** on or before **May 20, 2011**, why the Court should not construe their failure to timely respond to FCB New Baden Bank's dismissal motion as an admission of its merits and

---

[1] Although Plaintiffs filed a Motion to Remand (Doc. 14), such a filing, without more, does not excuse Plaintiffs' non-responsiveness.

grant the relief sought accordingly.

As a final matter, the Court **NOTES** that FCB New Baden Bank has yet to respond to the Court's Order (Doc. 13) of April 11, 2011; as such, the Court **DIRECTS** the Clerk of Court to **STRIKE** any future filings by FCB New Baden Bank until it complies with said order.

**IT IS SO ORDERED.**
**DATED: May 9, 2011**

                                                        s/ J. Phil Gilbert
**J. PHIL GILBERT**
**DISTRICT JUDGE**